**Todd M. Friedman, Esq. (216752)**
**Darin Shaw, Esq. (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr., #415**
**Beverly Hills, CA 90211**
**Phone: (877) 206-4741**
**Fax: (866) 633-0228**
**tfriedman@AttorneysForConsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorneys for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC GYURICZA,** | ) Case No. 3:11-cv-00823-EMC |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **SACOR FINANCIAL, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

Central District Court of California, Plaintiff's Notice of Voluntary Dismissal With

Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 11th day of March, 2011.

By:     s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Filed electronically on this 11th day of March, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 11th day of March, 2011, via the ECF system to:

Honorable Edward M. Chen
Judge of the United States District Court
Northern District of California

Copy sent via mail on this 11th day of March, 2011, to:

Mark Stewart
Collection Manager
Sacor Financial Inc.
1911 Douglas Blvd. Suite 85-205
Roseville, Ca 95661


By: s/Todd M. Friedman
      Todd M. Friedman